DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON BAKER,**
Appellant,

v.

**MICHELE FREE-BAKER,**
Appellee.

No. 4D2023-0490

[April 4, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE21-401.

Scott J. Brook of Scott J. Brook, P.A., Coral Springs, for appellant.

Michael J. Dunleavy of Law Offices of Michael J. Dunleavy, P.A., Pompano Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***